United States District Court
Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8
9   IVETTE RIVERA,                       Case No. 15-cv-00380-DMR
              Plaintiff,
10
         v.
11                                       **ORDER CONTINUING INITIAL CASE
    EAST BAY MUNICIPAL UTILITY           MANAGEMENT CONFERENCE**
12  DISTRICT, et al.,
13            Defendants.

14     The court is in receipt of Plaintiff Ivette Rivera's request to continue the Initial Case

15 Management Conference. Plaintiff filed this action on January 27, 2015, and previously requested

16 a 90-day continuance of the Initial Case Management Conference, which the court granted in part.

17 [*See* Docket Nos. 6, 7.] The court also referred Plaintiff to the Court's Legal Help Center for

18 unrepresented parties.

19     The court grants Plaintiff's request for a second continuance. The Initial Case

20 Management Conference previously scheduled for July 1, 2015 has been CONTINUED to **August**

21 **12, 2015 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland,

22 California 94612. The Case Management Statement is due no later than August 5, 2015. **No**

23 **further extensions will be granted.**

24     The court again refers Plaintiff to the section "Representing Yourself" on the Court's

25 website, located at http://cand.uscourts.gov/proselitigants, as well as the Court's Legal Help

26 Centers for unrepresented parties. In Oakland, the Legal Help Center is located on the 4th Floor,

27 Room 470S, of the United States Courthouse, 1301 Clay Street, Oakland. In San Francisco, the

28 Legal Help Center is located on the 15th Floor, Room 2796, of the United States Courthouse, 450

Golden Gate Avenue, San Francisco.  The appointment line for both locations is (415) 782-8982.

**IT IS SO ORDERED.**

Dated: May 28, 2015



Donna M. Ryu
United States Magistrate Judge