1

2                           UNITED STATES DISTRICT COURT

3                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                                   OAKLAND DIVISION

5

6    IVETTE RIVERA,                              Case No:  C 15-0380 SBA

                   Plaintiff,                    **ORDER CONTINUING CASE**
7                                                **MANAGEMENT CONFERENCE**
            vs.
8                                                Dkt. 68
     EAST BAY MUNICIPAL UTILITY
9    DISTRICT, et al.,

10                 Defendants.

11

12          Pursuant to the stipulation of the parties,

13          IT IS HEREBY ORDERED THAT the telephonic Case Management Conference

14   currently scheduled for 10/7/15 is CONTINUED to **12/16/15 at 2:45 p.m.**  At least seven

15   (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint

16   Case Management Statement in accordance with Civil Local Rule 16-9.  Defense counsel

17   shall be responsible for filing the Joint Case Management Statement and setting up the

18   conference call.  At the date and time indicated above, defense counsel shall call (510) 879-

19   3550 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT

20   CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

21          IT IS SO ORDERED.

22   Dated:  9/28/15

23                                               SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge
24

25

26

27

28