Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Megan M. Lewis, Bar No. 246052
mlewis@lcwlegal.com
Zachary W. Shine, Bar No. 271522
zshine@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:    415.512.3000
Facsimile:    415.856.0306

Craig S. Spencer, General Counsel, Bar No. 78277
cspencer@ebmud.com
Derek McDonald, Office of General Counsel, Bar No. 238477
dmcdonal@ebmud.com
East Bay Municipal Utility District
P.O. Box 24055
375 Eleventh Street (MS 904)
Oakland, California 94623-1055

Attorneys for Defendant EAST BAY MUNICIPAL UTILITY DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| IVETTE RIVERA,<br><br>            Plaintiff,<br><br>    v.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT, et al.,<br><br>            Defendants. | Case No.:  15-CV-00380-SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 16, 2015 CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Hon. Saundra Brown Armstrong |

PLAINTIFF IVETTE RIVERA ("Plaintiff") and DEFENDANT EAST BAY MUNICIPAL UTILITY DISTRICT ("EBMUD" or "Defendant"), (collectively the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS on August 3, 2015, the Court set this matter for a Case Management Conference to be held on October 7, 2015;

WHEREAS on August 19, 2015, EBMUD and the now dismissed individual EBMUD Defendants and Union Defendants filed Motions to Dismiss Plaintiff's First Amended Complaint;

WHEREAS the hearing on Defendants' Motions to Dismiss was scheduled for October 14, 2015;

WHEREAS the Parties stipulated to, and the Court ordered, a continuance of the October 7, 2015 Case Management Conference to December 16, 2015;

WHEREAS on November 10, 2015, the Court issued an Order granting the Motions to Dismiss filed by the EBMUD Defendants and the Union Defendants;

WHEREAS the Court granted leave to amend only with respect to Plaintiff's claims for discrimination and retaliation under Title VII, against EBMUD only;

WHEREAS on November 25, 2015, a Notice of Appearance was filed by David M. Poore, as the new representative of Plaintiff Ivette Rivera; formerly a *pro se* plaintiff;

WHEREAS on December 1, 2015, Plaintiff filed a Second Amended Complaint against EBMUD;

WHEREAS the deadline for EBMUD to respond to Plaintiff's Second Amended Complaint is December 18, 2015;

WHEREAS, since counsel for Plaintiff has only recently joined this matter, counsel for EBMUD and counsel for Plaintiff have not yet been able to adequately meet and confer regarding initial disclosures, a discovery plan, and a joint case management conference statement;

WHEREAS the Parties agree that in the interests of efficiency and clarity of issues, and in an effort to better comply with the obligations set forth by this Court and the Federal Rules of Civil Procedure, it is in the best interests of the Court and the Parties for the Court to continue the Case Management Conference to allow sufficient time for the Parties to effectively meet and

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

confer;

WHEREAS the Parties mutually agree and request to continue the Case Management Conference presently set for December 16, 2015 for forty-five (45) days, or to a date most convenient for the Court;

NOW THEREFORE, the Parties stipulate, by and through their counsel and pursuant to Court approval, that:

The Case Management Conference is continued to  02/11/2016 at 2:30 PM  . In accordance with the Standing Order, a joint case management statement must be filed one week in advance of the case management date.

The Parties attest that on file are all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

**IT IS SO STIPULATED**.

Dated:  December 9, 2015        BROWN POORE LLP

                                By:   /s/ *David M. Poore*
                                      David M. Poore
                                      Attorneys for Plaintiff
                                      IVETTE RIVERA

Dated:  December 9, 2015        LIEBERT CASSIDY WHITMORE

                                By:   /s/ *Zachary W. Shine*
                                      Richard C. Bolanos
                                      Zachary W. Shine
                                      Attorneys for Defendant
                                      EAST BAY MUNICIPAL UTILITY
                                      DISTRICT

**IT IS SO ORDERED**.

Dated:  12/10/2015              _Saundra B. Armstrong_
                                The Honorable Saundra Brown Armstrong
                                United States District Court Judge