UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVETTE RIVERA,<br><br>    Plaintiff,<br><br>    vs.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT, et al.,<br><br>    Defendants. | Case No:  C 15-00380 SBA<br><br>**JUDGMENT** |

    For the reasons set forth in the Court's Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Partial Summary Judgment, and prior orders of the Court,

    IT HEREBY ORDERED THAT final judgment is entered for Defendants.

    IT IS SO ORDERED.

Dated:  8/21/17

                                              SAUNDRA BROWN ARMSTRONG
                                              Senior United States District Judge